UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM D. THOMAS, | Case No. 20-cv-12105 |
| Plaintiff, | Paul D. Borman<br>United States District Judge |
| v. | |
| JULIUS MAYFIELD, | David R. Grand<br>United States Magistrate Judge |
| Defendant.<br>_____/ | |

### ORDER ADOPTING MAGISTRATE JUDGE GRAND'S JULY 7, 2022 REPORT AND RECOMMENDATION (ECF No. 31)

On July 7, 2022, Magistrate Judge David R. Grant issued a Report and Recommendation to Deny Defendant's Motion for Summary Judgment (ECF No. 19). (ECF No. 31.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the Report and Recommendation in full. Accordingly, Defendant's Motion for Summary Judgment is **DENIED**.

**IT IS SO ORDERED.**

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated: August 8, 2022